**Tommy E. CRAWFORD,**
**Claimant-Appellant**

v.

**Robert A. MCDONALD, Secretary of**
**Veterans Affairs, Respondent-**
**Appellee**

**2016-1681**

United States Court of Appeals,
Federal Circuit.

December 8, 2016

MAXWELL DOUGLAS KINMAN, Alexander, Webb, and Kinman, Mason, OH, argued for claimant-appellant.

JAMES R. SWEET, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; Y. KEN LEE, JONATHAN KRISCH, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

(Dyk, Bryson, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**